AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| United States of America | ) | |
| v. | ) | |
| | ) | |
| Travis William Juhr | ) | Case No.  3:26-cr-00055-IM |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint

☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of Court

| Place: | Mark O. Hatfield U.S. Courthouse 1000 SW Third Avenue Portland, OR 97204 | Courtroom No.:   13B - Judge Beckerman |
| | | Date and Time:   03/13/2026 1:30 pm |

This offense is briefly described as follows:

18 U.S.C. § 875(c) - Transmitting a Communication Containing a Threat to Kidnap or Injure

***Immediately upon receipt of this document, you are to contact the U.S. Pretrial Services Office at (503) 326-8500 for an appointment.***

Date:  3/10/2026

*Issuing officer's signature*

Stacie F. Beckerman, United States Magistrate Judge

*Printed name and title*

I declare under penalty of perjury that I have:

☒ Executed and returned this summons

**via email to defense counsel**

☐ Returned this summons unexecuted

Date:  **March 11, 2026**

*Ethan Bodell*

*Server's signature*

**Ethan Bodell, Special Assistant United States Attorney**

*Printed name and title*