Mark Ahlemeyer, OSB #095997
Assistant Federal Public Defender
Email: Mark_Ahlemeyer@fd.org
101 S.W. Main Street, Suite 1700
Portland, Oregon 97204
Tel: (503) 326-2123

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:26-cr-00055-IM-1 |
| Plaintiff, | |
| v. | FIRST MOTION TO CONTINUE TRIAL |
| TRAVIS WILLIAM JUHR, | |
| Defendant. | |

Defendant, Travis William Juhr, through his attorney, Mark Ahlemeyer, moves this Court to continue the trial in the above-entitled case, which is presently scheduled for May 12, 2026, for a period of approximately 121 days, to September 8, 2026, or a date thereafter convenient to the Court. This motion is based on the reasons set forth in the accompanying declaration and is unopposed by Assistant United States Attorney Ethan Bodell.

Mr. Juhr is charged by Indictment with two counts of Transmitting a Communication Containing a Threat to Kidnap or Injure, in violation of Title 18, U.S.C., § 875(c). Mr. Juhr is

PAGE 1.   FIRST MOTION TO CONTINUE TRIAL

currently on pretrial release. Additional time is needed for the defense to investigate, review discovery, meet with Mr. Juhr, and discuss any potential resolution of this matter.

Specifically, the parties request the Court exclude the 121-day period from May 12, 2026, through September 8, 2026, under the Speedy Trial Act. The ends of justice are served by a 121-day continuance of this matter.

Mr. Juhr understands that this motion will result in excludable delay under the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Dated: April 28, 2026.

/s/ Mark Ahlemeyer
Mark Ahlemeyer, OSB #095997

PAGE 2.   FIRST MOTION TO CONTINUE TRIAL