·1LED08 JUL '26 16:22USDC·ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:26-cr-00055-IM |
| v. | **SUPERSEDING INDICTMENT** |
| TRAVIS WILLIAM JUHR, | 18 U.S.C. § 875(c) |
| | 18 U.S.C. §§ 922(o), 924(a)(2) |
| Defendant. | |

**THE GRAND JURY CHARGES:**

## COUNT 1
**(Transmitting a Communication Containing a Threat to Kidnap or Injure)**
**(18 U.S.C. § 875(c))**

On or about November 22, 2025, in the District of Oregon, defendant **TRAVIS WILLIAM JUHR** knowingly and with the intent to threaten, willfully transmitted in interstate commerce, that is, from the District of Oregon to the Western District of Washington, communications on social media platform X (formerly Twitter) containing threats to injure and kill the person of Minor Victim 1;

In violation of Title 18, United States Code, Section 875(c).

## COUNT 2
### (Transmitting a Communication Containing a Threat to Kidnap or Injure)
### (18 U.S.C. § 875(c))

On or about December 7, 2025, in the District of Oregon, defendant **TRAVIS WILLIAM JUHR** knowingly and with the intent to threaten, willfully transmitted in interstate commerce, that is, from the District of Oregon to the District of Nevada, communications on social media platform X (formerly Twitter) containing a threat to injure and kill the person of Adult Victim 1;

In violation of Title 18, United States Code, Section 875(c).

## COUNT 3
### (Possession of a Machinegun)
### (18 U.S.C. § 922(o), 924(a)(2))

On or about February 11, 2026, in the District of Oregon, defendant **TRAVIS WILLIAM JUHR** did unlawfully and knowingly possess a machinegun, to wit: a FN FS2000 firearm equipped with a machinegun conversion device, also referred to as a "trigger pack," causing the firearm to shoot, be designed to shoot, and be readily restored to shoot automatically more than one shot, without manual reloading, by a single function of the trigger;

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

/ / /

/ / /

/ / /

/ / /

/ / /

## FORFEITURE ALLEGATIONS

Upon conviction of the offense charged in Count 3, defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the firearm and firearm accessories involved in that offense, including without limitation:

(1)    FN FS2000 5.56 x 45mm containing serial number 037685; and

(2)    Machine gun conversion device, also referred to as a "trigger pack."

Dated: July __8__, 2026.

A TRUE BILL.

██████████████████████

OFFICIATING FOREPERSON

Presented by:

SCOTT E. BRADFORD
United States Attorney

ETHAN G. BODELL, PA #321830
Special Assistant United States Attorney