AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

District of Oregon

United States of America
v.
Travis William Juhr
*Defendant*

Case No. 3:26-cr-00055-IM

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment ☑ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of Court

| | |
|---|---|
| Place: Mark O. Hatfield U.S. Courthouse<br>1000 SW Third Avenue<br>Portland, OR 97204 | Courtroom No.: Duty Magistrate Judge |
| | Date and Time: 07/21/2026 1:30 pm |

This offense is briefly described as follows:

18 U.S.C. § 875(c) - Transmitting a Communication Containing a Threat to Kidnap or Injure

18 U.S.C. § 922(o) - Possession of a Machinegun

***Immediately upon receipt of this document, you are to contact the U.S. Pretrial Services Office at (503) 326-8500 for an appointment.***

**s/A. Morrissey**
*Signature of Issuing Officer*

**A. Morrissey, Deputy Clerk**
*By Name and Title of Issuing Officer*

UNITED STATES DISTRICT COURT DISTRICT OF OREGON

**Date: 07/09/2026**

I declare under penalty of perjury that I have:

☒ Executed and returned this summons
(Sent via email to defense counsel, who accepted service on defendant's behalf)

☐ Returned this summons unexecuted

Date: July 9, 2026

Ethan Bodell
*Server's signature*

Ethan G. Bodell, Special Assistant U.S. Attorney
*Printed name and title*