Mark Ahlemeyer, OSB #095997
Assistant Federal Public Defender
Email: Mark_Ahlemeyer@fd.org
101 SW Main Street, Suite 1700
Portland, OR 97204
Tel: (503) 326-2123
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TRAVIS WILLIAM JUHR,<br><br>Defendant. | Case No. 3:26-cr-00055-IM-1<br><br>SECOND UNOPPOSED MOTION TO CONTINUE TRIAL |

Defendant, Travis William Juhr, through his attorney, Mark Ahlemeyer, moves this Court to continue the trial in the above-entitled case, which is presently scheduled for September 8, 2026, for a period of approximately 119 days, to January 5, 2027, or a date thereafter convenient to the Court. This motion is based on the reasons set forth in the accompanying declaration and is unopposed by Assistant United States Attorney Ethan Bodell.

This is defendant's second request to continue the trial in this matter. Additional time is needed for the defense to continue investigating the case, conduct further review of the discovery, have additional meetings with Mr. Juhr, and continue discussions regarding any potential resolution of this matter.

Specifically, the parties request the Court exclude the 147-day period from September 8, 2026, through February 2, 2027, under the Speedy Trial Act. The ends of justice are served by a 119-day continuance of this matter.

The parties request that the Court set both a new trial date and a deadline for another motion to continue in which the parties will provide additional information including the status of the case.

Mr. Juhr understands that this motion will result in excludable delay under the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Dated: August 13, 2026.

*s/ Mark Ahlemeyer*
Mark Ahlemeyer, OSB #095997